United States Courts
Southern District of Texas
FILED

JAN 03 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MATEJCIK, (TDCJ–CID #2386888) Plaintiff, | § § § § § | CIVIL ACTION NO 4:22-cv-03390 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WHARTON COUNTY, et al, Defendants. | § § § § | |

MOTION FOR VOLUNTARY DISMISSAL

I, _John Matejcik_, Plaintiff, seek voluntary dismissal under FRCP 41(a) because I do not want to pay any more of the filing fee in this case.

_/s/ John Matejcik_
Plaintiff

_12-30-22_
Date



NORTH TEXAS TX P&DC
DALLAS TX 750
30 DEC 2022 PM 3 L

John Matejcik #2386888
Beto Trusty Camp - South 57
1391 FM 3328
Tennessee Colony, TX
75880

Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, TX 77208

77208-101010

" Legal Mail "

United States Courts
Southern District of Texas
FILED

JAN 03 2023

Nathan Ochsner, Clerk of Court